UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| BROOME CO-OPERATIVE INSURANCE COMPANY, INC., a/s/o MARK COOPER AND THOMAS HAYNES, d/b/a NEW YORK PIZZERIA, | RULE 41 VOLUNTARY DISMISSAL STIPULATION |
| Plaintiffs, | |
| -vs- | |
| SHELL ELECTRIC MANUFACTURING COMPANY, LTD., SMC MARKETING CORP., and THE HOME DEPOT, INC., | Case No.: 3:09-cv-00060 TJM/DEP |
| Defendants. | |

---

The matters in controversy in this action as against defendants, having been resolved, and all the parties to this action being adults or corporations, and there being no person not a party who has any interest in the subject matter of this action, it is hereby stipulated, consented and agreed by and between the attorneys of record for the respective parties herein, that the above-entitled action be and the same hereby is discontinued upon the merits with prejudice against defendants without costs to any party as against any other party.

DATED: Vestal, New York
March 4, 2010

LEVENE GOULDIN & THOMPSON, LLP
By: Maria E. Lisi-Murray, Esq.
Federal Bar Roll No.: 302577
Attorneys for Defendants, *Shell Electric manufacturing Company, Ltd. And The Home Depot, Inc.*
450 Plaza Drive
Vestal, New York 13850

COZEN, O'CONNOR
By: James D. Schultz, Esq.
Federal Bar Roll No.:
Attorney for Plaintiffs, *Broome Co-Operative Insurance Company, Inc. a/s/o Mark Cooper and Thomas Haynes, d/b/a New York Pizzeria*
1900 Market Street
Philadelphia, Pennsylvania 19103

SO ORDERED

Dated:   March        , 2010

IT IS SO ORDERED:

_[signature]_
David E. Peebles
U.S. Magistrate Judge
Dated:   March 18, 2010
         Syracuse, NY